**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MANDIP SINGH; KAMALJIT SINGH, | No. 08-72926 |
| Petitioners, | Agency Nos. A078-656-947 |
| | A078-656-948 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 19, 2010[**]

Before:    B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

Mandip Singh and Kamaljit Singh, natives and citizens of India, petition for

review of the Board of Immigration Appeals' ("BIA") decision denying their third

motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

abuse of discretion, *Lin v. Holder*, 588 F.3d 981, 984 (9th Cir. 2009), and we deny the petition for review.

In its June 2008 order, the BIA did not abuse its discretion by denying petitioners' third motion to reopen as untimely and numerically barred, where it was filed three years after the BIA's final order of removal, and petitioners failed to establish any exception to the time and number bars. *See* 8 C.F.R. § 1003.2(c)(2).

**PETITION FOR REVIEW DENIED.**